Phillip M. **COLLINS**, Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 14200.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 20, 1958.

Decided Jan. 30, 1958.

Mr. Martin L. Friedman, Washington, D. C., (appointed by this Court), for appellant.

Mr. Walter J. Bonner, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., Lewis Carroll and Joseph M. Hannon, Asst. U. S. Attys., were on the brief, for appellee.

Before PRETTYMAN, BAZELON and FAHY, Circuit Judges.

PER CURIAM.

Convicted of housebreaking and petty larceny, appellant seeks reversal on the

---

ground that certain evidence used against him was obtained in an illegal search of his person. We think it abundantly clear, however, that the search was not illegal.

Affirmed.